RECEIVED
MAY 02 2025
BY MAIL

Dear clerk,

I've sent a $405 greencheck to cover the filing & serving fees for my federal lawsuit it takes anywhere from 2 weeks to 2 months for it to get to you but it's on it's way I've sent the original & a copy as it states to do in the instructions this is just 1 lawsuit not 2 the other is just a copy

Sincerly,
BARRY
GAHAGAN
1241926

BARRY STEVEN GAHAGAN #XXXXXX
Southeast Correctional Center
5C-203
300 E. PEDRO SIMMONS DR.
Charleston, MO 63834

**RECEIVED**

MAY 02 2025

**BY MAIL**

Mailed out SECC   APR 28 2025
Mailroom

Clerk
U.S. District Court
111 S. 10th St.
St. Louis, MO 63102