# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# DIVISION

BARRY STEVEN GAHAGAN 1241926,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
    Defendant(s).

Case No. _____

## MOTION FOR APPOINTMENT OF COUNSEL
## AND AFFIDAVIT IN SUPPORT

I, BARRY GAHAGAN, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay a reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made:
Contacted several attourney's about a contingency fee

I declare under penalty of perjury that the foregoing is true and correct. Executed on 23rd April, 2025.



SANDIE C. REDD
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MAY 27, 2025
SCOTT COUNTY