RECEIVED
BY MAIL

MAY 19 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS BUREAU

Dear Clerk,

I filed a federal complaint with U.S. District court in St. louis, MO ~~████████████████████████~~ Case # 1:25-cv-00074-SNLJ & they sent me a letter stating please forward all future pleadings/ documents/papers regarding this case to you well I already sent a $405.00 greencheck ~~█~~ for filing fees ~~█~~ for this federal complaint to the clerk of the U.S. District court in St. louis, MO I write you to raise awareness on this issue & with hopes you know how to fix this issue I wrote the clerk of the U.S. District court in St. louis, MO asking them to forward the ~~████~~ $405.00 filing fee to you

Sincerly,
BARRY
GAHAGAN
1241926

BARRY STEVEN GAHAGAN 1241926
Southeast Correctional Center
SC-203
300 E. PEDRO SIMMONS DR.
Charleston, MO 63834

This correspondence is from an inmate in the custody of
the Missouri Department of Corrections. The Department
is not responsible for the content of this correspondence.
For information about the Department or to verify
information about the offender, please visit our website at
www.doc.mo.gov.

SAINT LOUIS MO  630

17 MAY 2025 PM 5  L

Mailed out SECC MAY 1 4 2025
Mailroom



Clerk
U.S. District Court
555 independence St.
Cape Girardeau, MO 63703

R E C E I V E D
B Y  M A I L

MAY 19 2025

U. S. DISTRICT COUR
EASTERN DISTRICT OF ...
CAPE GIRARDEAU

63703-623699