**RECEIVED**

MAY 20 2025

BY MAIL

Dear eastern district U.S. District Court clerk,

I previously filed a federal complaint w/ your court CASE # 1:25-CV-00074-SNLJ & you ~~sent~~ sent me a letter stating please forward all future pleadings/documents/papers reguarding this case to the clerk of the U.S. District Court in Cape Girardeau well I sent the $405.00 greencheck for filing fees to you in St.Louis it's already left Southeast Correctional Center & went to central office in Jefferson City, MO for processing as they do before they are sent to who they are supposed to go to I write you not only to raise awareness on this issue but to also request you forward it to the clerk of the U.S. District Court in Cape Girardeau, MO I'm writing the clerk of the U.S. District Court in Cape Girardeau, MO to raise awareness on this issue also

Sincerly
BARRY
GAHAGAN
1241926

BARRY STEVEN GAHAGAN 1241926
Southeast Correctional Center
SC-203
300 E. PEDRO SIMMONS DR.
Charleston, MO 63834

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

**RECEIVED**

**MAY 20 2025**

**BY MAIL**

SAINT LOUIS MO 630

17 MAY 2025 PM 6 L

Mailed out SECC MAY 14 2025
Mailroom

Clerk
U.S. District Court
111 S. 10th St.
St. Louis, MO 63102



63102-112325